IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA

V.                                                                    CASE NO. 4:18-CR-40002-001

SHARON WESTON

**ORDER GRANTING LEAVE TO FILE EXHIBITS UNDER SEAL**

Before the Court is Defendant Sharon Weston's Motion for Leave to File Exhibits Under Seal (ECF 32). Defendant moves the Court for leave to file under seal the forensic psychological evaluation report, social security administration records, and high school testing record and transcript as Exhibits B through D, inclusive, to her Supplemental Sentencing Memorandum (ECF 32). Upon consideration, the Court finds that Defendant's Motion for Leave to File Exhibits Under Seal should be and here is **GRANTED**. Accordingly, Defendant is hereby given leave to file under seal Exhibits B through D, inclusive, to her Supplemental Sentencing Memorandum (ECF 32).

**IT IS SO ORDERED,** this 25th day of September 2018.

/s/ Susan O. Hickey
HONORABLE SUSAN O. HICKEY
U.S. DISTRICT JUDGE

1